

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/13/2015 9:36:38 AM

CATHY S. LUSK
Clerk

F I L E D
AT 8:45 O'CLOCK A M

MAR 1 2 2015

Kristen Raiford
District Clerk, Trinity, Co.

March 11, 2015

Ms. Kristen Raiford
District Clerk, Trinity County
P.O. Box 549
Groveton, TX 75845
* DELIVERED VIA E-MAIL *

RE:    Case Number:            12-13-00043-CR, 12-13-00044-CR
       Trial Court Case Number:   9946-A, 9952-A

Style:  Donald Christopher Hernandez
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

CC:  Mr. Bennie L. Schiro (DELIVERED VIA E-MAIL)
     Mr. Stephen C. Taylor (DELIVERED VIA E-MAIL)

Mandate executed on ___12___ day of _MARCH_____, 2015.

Brief explanation of action taken: _MANDATE - RECORDED IN_
_Minutes of Court._ _____District/County Clerk